U.S.M.J. LOIS BLOOM  DATE: Feb. 20, 2020

## CRIMINAL CAUSE FOR PLEADING

USA -v- Micek                                    Docket No.: 19-CR-139 (RJD) #2

Defendant: __Mr. Adam Micek__

　✓ present　___ not present　___ custody　___ bail

Defendant's Counsel: __Mr. Mitchell Elman__

　✓ present　___ not present　___ CJA　___ LAS　___ Retained

AUSA: __Ms. Virginia Nguyen__

Interpreter: __N/A__                      Language: __N/A__

FTR ( __2:42__ - __3:08__ )              Reporter: __N/A__

✓ Case Called
___ Defendant's First Appearance
✓ Defendant: ✓ Sworn　___ Arraigned　___ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued:_____
✓ Defendant Enters (Guilty)/~~Not Guilty~~ Plea to Count(s) __4__ of the (~~Superceding~~)
　　Indictment/~~Information~~
___ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to
　　Count(s) _____ of the (Superceding) Indictment/Information
✓ Court Finds Factual Basis for the Plea
___ Sentencing Set for __5__/__8__/__2020__ at __10:00 a.m.__
___ Sentencing to be Set by Probation
___ Bail/Bond: ___ Set　___ Continued for Defendant　___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
✓ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution.  A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.  The Magistrate Judge recommends that the plea of guilty be accepted.
✓ Transcript Ordered
✓ Other: __Consent to have plea taken before U.S.M.J. Bloom and referral order__